**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7088**

RONALD MCCLARY,

        Plaintiff - Appellant,

     v.

FNU BUTLER,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Frank D. Whitney, Chief District Judge.  (5:18-cv-00118-FDW)

Submitted:  January 17, 2019              Decided:  January 22, 2019

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald McClary, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order and judgment dismissing his civil rights complaint as duplicative of a pending action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClary v. FNU Butler*, No. 5:18-cv-00118-FDW (W.D.N.C. Aug. 24, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*